UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**William E. Hansen,**

Civil No. 00-CV-1972 JRT/RCE

**Plaintiff,**

**vs.**

**Arcadia Financial, Ltd., a Minnesota corporation,**

**Defendant.**

**STIPULATION AND ORDER**
**EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED and agreed to by and between the parties to the above-described action, by their respective undersigned attorneys, that defendant Arcadia Financial, Ltd. shall have an extension of time until September 29, 2000, within which to answer, move, or otherwise respond to the Summons and Complaint.

IT IS FURTHER STIPULATED and agreed that an Order may be entered granting this extension without further notice to the parties.

Date: September 8, 2000

By ______________________
Eric L. Crandall (#189492)
275 South 3rd Street
Suite 101
Stillwater, MN 55082
(651) 430-8187

Attorneys for Plaintiff
William E. Hansen

Date: September 7, 2000

FAEGRE & BENSON LLP

By ______________________
Wendy J. Wildung (#117055)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 336-3000

Attorneys for Defendant
Arcadia Financial, Ltd.

SEP 13 2000
CLERK

* * *

**ORDER**

Upon the foregoing Stipulation,

IT IS SO ORDERED.

Date: September 13th, 2000.

Raymond L. Erickson
United States Magistrate Judge

M2:20334850.01