**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

William E. Hansen,
on behalf of himself and
all others similarly situated

Plaintiff,

vs.

Arcadia Financial, Ltd.,
a Minnesota corporation,

Defendant.

Civil File No. 00-CV-1972(JRT/RLE)

**STIPULATION AND ORDER TO AMEND PRETRIAL ORDER**

---

WHEREAS, there is a Pretrial Order in this matter signed by Magistrate Judge Erickson on November 17, 2000;

WHEREAS, the Pretrial Order provides, *inter alia*, that the period during which the parties may conduct discovery on the merits of the named Plaintiff's claim and on class certification issues shall terminate on May 31, 2001;

WHEREAS, Plaintiffs have noticed a 30(b)(6) deposition to which Defendant has served objections;

WHEREAS, the parties wish to engage in settlement discussions which may resolve some, if not all, issues presently contested;



18 19

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, the parties wish to stipulate to a revised scheduling order which would extend the period during which the parties may conduct discovery on the merits of the named Plaintiff's claim and on class certification issues to June 8, 2001, representing a one week extension.

**NOW THEREFORE**, the parties hereby stipulate and agree to an order amending the scheduling order to extend the period during which the parties may conduct discovery on the merits of the named Plaintiff's claim and on class certification issues to June 8, 2001, in the following manner:

1. The scheduling order shall be amended to extend the period during which the parties may conduct discovery on the merits of the named Plaintiff's claim and on class certification issues to June 8, 2001

2. All other provisions of the prior scheduling order, as amended, shall remain in full force and effect.

Dated: May 22, 2001

**CROWDER & BEDOR**

By: ______________________
William H. Crowder (20102)
Susan Ford Bedor (154702)
Gregory L. Paulson (84517)
555 W. 7th Street, Suite 201
St. Paul, Minnesota 55102
(651) 225-8330

Eric L. Crandall, Esq. (189492)
275 South Third Street, Suite 101
Stillwater, MN 55082
(651) 430-8187

**ATTORNEYS FOR THE PLAINTIFFS**

Dated: May 24, 2001

**FAEGRE & BENSON, LLP**

By: ______________________
Wendy J. Wildung (117055)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

- and -

Of Counsel:

**Troutman Sanders LLP**
A. William Loeffler
Georgia Bar No. 755699
Kevin A. Maxim
Georgia Bar No. 478580
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia 30308-2216
(404) 885-3000

**ATTORNEYS FOR THE DEFENDANT**

**SO ORDERED:**

Dated: May 5/29, 2001

______________________
**Raymond L. Erickson**
**U. S. Magistrate Judge**