**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WILLIAM E. HANSEN, Civil No. 00-1972 (JRT/RLE)

Plaintiff,

v. **ORDER**

ARCADIA FINANCIAL, Ltd.,

Defendant.

---

Eric L. Crandall, CRANDALL LAW OFFICE, 275 South Third Street, Suite 205, Stillwater, MN 55082, for plaintiff.

Wendy J. Wildung, FAEGRE & BENSON, 2200 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, for defendant.

This above-entitled case comes before the Court upon the plaintiff's motion to dismiss without prejudice.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to dismiss is **GRANTED.**

2. The individual claims of plaintiff against defendant are **DISMISSED WITH PREJUDICE.**

3. The claims of the putative class against Arcadia are **DISMISSED WITHOUT PREJUDICE.**

4. No notice to the putative class is required.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Each party shall bear its own costs including attorney fees.

DATED: October 25, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge