# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William E. Hansen

Case No. Civil 00-1972JRT/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Arcadia Financial, Ltd.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion to dismiss is **GRANTED**; the individual claims of plaintiff against defendant are **DISMISSED WITH PREJUDICE**; the claims of the putative class against Arcadia are **DISMISSED WITHOUT PREJUDICE**; no notice to the putative class is required and each party shall bear its own costs including attorney fees.

DATE: October 25, 2001

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk